**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Puerto Plata Seafood Corp.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **46-4762534**

**4. Debtor's address**

**Principal place of business**

**98-21 97th Avenue**
**Ozone Park, NY 11416**
Number, Street, City, State & ZIP Code

**Queens**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **www.puertoplataseafood.com**

**6. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4244**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Puerto Plata Seafood Corp.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2026**
MM / DD / YYYY

*X* **/s/ Diony Urena**
Signature of authorized representative of debtor

**Diony Urena**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Joseph S. Maniscalco, Esq**
Signature of attorney for debtor

Date **November 3, 2026**
MM / DD / YYYY

**Joseph S. Maniscalco, Esq**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone **516-826-6500** Email address **jsm@lhmlawfirm.com**

Bar number and State

Fill in this information to identify the case:

Debtor name **Puerto Plata Seafood Corp.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acme Funding<br>16 Middleneck Road<br>Suite 631<br>Great Neck, NY 11021** | | **MCA** | **Contingent<br>Unliquidated** | **$195,207.22** | **$0.00** | **$195,207.22** |
| **American Express<br>P.O. Box 981535<br>El Paso, TX 79998** | | **Credit Card** | | | | **$37,102.87** |
| **American Express<br>P.O. Box 981535<br>El Paso, TX 79998** | | **Credit Card** | | | | **$36,370.99** |
| **Avion Funding HC, LLC<br>200 Central Avenue<br>Farmingdale, NY 11735** | | **MCA** | **Contingent<br>Unliquidated** | **$267,678.57** | **$0.00** | **$267,678.57** |
| **Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998** | | **Credit Card** | | | | **$33,102.51** |
| **Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998** | | **Credit Card** | | | | **$64,909.00** |
| **Dependance Platinum<br>9600 Koger Blvd. N.<br>Suite 236<br>Saint Petersburg, FL 33702** | | **MCA** | **Contingent<br>Unliquidated** | **$151,422.68** | **$0.00** | **$151,422.68** |
| **Fintoro Capital, LLC<br>2432 W. Peoria Avenue<br>Phoenix, AZ 85029** | | **MCA** | **Contingent<br>Unliquidated** | **$249,999.00** | **$0.00** | **$249,999.00** |
| **Itria Ventures, LLC<br>1 Penn Plaza<br>Suite 4915<br>New York, NY 10119** | | **MCA** | **Contingent<br>Unliquidated** | **$311,179.53** | **$0.00** | **$311,179.53** |

Debtor **Puerto Plata Seafood Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NewCo, LLC<br>1801 NE 123rd Street<br>Suite 421<br>Miami, FL 33181** | | **MCA** | **Contingent<br>Unliquidated** | **$59,916.46** | **$0.00** | **$59,916.46** |
| **OceanFirst Bank<br>8912 Sutphin Blvd.<br>Jamaica, NY 11435** | | **Line of Credit** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **OnDeck Capital<br>1400 Broadway<br>25th Floor<br>New York, NY 10018** | | **MCA** | **Contingent<br>Unliquidated** | **$52,747.67** | **$0.00** | **$52,747.67** |
| **Orange Advance, LLC<br>395 Brentwood Avenue<br>Toms River, NJ 08755** | | **MCA** | **Contingent<br>Unliquidated** | **$78,800.00** | **$0.00** | **$78,800.00** |
| **Paypal<br>PO Box 960080<br>Orlando, FL 32896-0080** | | **MCA** | **Contingent<br>Unliquidated** | **$102,447.78** | **$0.00** | **$102,447.78** |
| **ReadyCap Lending, LLC<br>200 Connell Drive<br>Suite 4000<br>Berkeley Heights, NJ 07922** | | **Term Loan** | | **$452,598.36** | **$0.00** | **$452,598.36** |
| **Regium<br>110 E. Broward Blvd.<br>Suite 1220<br>Fort Lauderdale, FL 33301** | | **MCA** | **Contingent<br>Unliquidated** | **$188,100.00** | **$0.00** | **$188,100.00** |
| **Rocket Capital NY, LLC<br>19950 W. Country Club Dr.<br>Suite 901<br>Aventura, FL 33180** | | **MCA** | **Contingent<br>Unliquidated** | **$263,907.36** | **$0.00** | **$263,907.36** |
| **Secure Capital LLC<br>243 Tresser Blvd.<br>Stamford, CT 06901** | | **MCA** | **Contingent<br>Unliquidated** | **$206,110.00** | **$0.00** | **$206,110.00** |
| **TD Bank, N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 08034** | | **Line of Credit** | | **$250,000.00** | **$0.00** | **$250,000.00** |

Debtor **Puerto Plata Seafood Corp.** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Small Business Admin 2 North Street Suite 320 Birmingham, AL 35283** | | **EIDL Loan** | | **$1,097,293.03** | **$993,000.00** | **$104,293.03** |

# United States Bankruptcy Court
## Eastern District of New York

In re **Puerto Plata Seafood Corp.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **November 3, 2026**

**/s/ Diony Urena**
**Diony Urena**/**President**
Signer/Title

Date: **November 3, 2026**

**/s/ Joseph S. Maniscalco, Esq**
Signature of Attorney
**Joseph S. Maniscalco, Esq**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

Acme Funding
16 Middleneck Road
Suite 631
Great Neck, NY 11021

American Express
P.O. Box 981535
El Paso, TX 79998

Avion Funding HC, LLC
200 Central Avenue
Farmingdale, NY 11735

B.S.D. Capital, Inc.
d/b/a Lendistry
767 S. Alameda Street
Suite 340
Los Angeles, CA 90021

Bank of America
P.O. Box 982238
El Paso, TX 79998

Clearfund Solutions
99 Wall Street
Suite 2613

Dependance Platinum
9600 Koger Blvd. N.
Suite 236
Saint Petersburg, FL 33702

Fintoro Capital, LLC
2432 W. Peoria Avenue
Phoenix, AZ 85029

Flushing Bank
2 RXR Plaza
Uniondale, NY 11556

HCM Enterprises, LLC
110 E. Broward Blvd.
Suite 1030
Fort Lauderdale, FL 33301

Internal Revenue Service
Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

IOU Central, Inc.
600 Town Park Lane
Kennesaw, GA 30144

Itria Ventures, LLC
1 Penn Plaza
Suite 4915
New York, NY 10119

Lorraine Johnson
c/o Louis Grandelli, P.C.
90 Broad Street
15th Floor
New York, NY 10004

NewCo, LLC
1801 NE 123rd Street
Suite 421
Miami, FL 33181

NYS Dep't Tax & Fin.
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227

OceanFirst Bank
8912 Sutphin Blvd.
Jamaica, NY 11435

OnDeck Capital
1400 Broadway
25th Floor
New York, NY 10018

Orange Advance, LLC
395 Brentwood Avenue
Toms River, NJ 08755

Paypal
PO Box 960080
Orlando, FL 32896-0080

Plexe, LLC
6295 Greenwood Plaza Blvd
Suite 109
NM 88111

ReadyCap Lending, LLC
200 Connell Drive
Suite 4000
Berkeley Heights, NJ 07922

Regium
110 E. Broward Blvd.
Suite 1220
Fort Lauderdale, FL 33301

Roberto Nunez
c/o Helen F. Dalton Assoc
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415

Rocket Capital NY, LLC
19950 W. Country Club Dr.
Suite 901
Aventura, FL 33180

Secure Capital LLC
243 Tresser Blvd.
Stamford, CT 06901

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

Trevor Perkins
c/o John Grill, Esq.
229 Nimham Road
Carmel, NY 10512

U.S. Small Business Admin
2 North Street
Suite 320
Birmingham, AL 35283

U.S. Small Business Admin
New York District Office
Attn: District Counsel
26 Federal Plaza, Rm 3100
New York, NY 10278

Valley Bank
107-01 Liberty Avenue
Ozone Park, NY 11417

# United States Bankruptcy Court
## Eastern District of New York

In re **Puerto Plata Seafood Corp.** Case No.

Debtor(s) Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Puerto Plata Seafood Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 3, 2026**
Date

**/s/ Joseph S. Maniscalco, Esq**
**Joseph S. Maniscalco, Esq**
Signature of Attorney or Litigant
Counsel for **Puerto Plata Seafood Corp.**

**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**
**jsm@lhmlawfirm.com**