# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/4/2026 |
| Case: 1−26−45148−jtb | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

aty Joseph S Maniscalco jsm@lhmlawfirm.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Puerto Plata Seafood Corp. 98−21 97th Avenue Ozone Park, NY 11416

smg Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408

TOTAL: 2