UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

PUERTO PLATA SEAFOOD CORP.,

Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 26-45148 (JTB)

Subchapter V

**ORDER SCHEDULING HEARING ON DEBTOR'S FIRST DAY MOTIONS**

Upon the motions ("Motions")[1] of Puerto Plata Seafood Corp., the above-captioned debtor and debtor-in-possession ("Debtor"), by and through its proposed bankruptcy counsel, LaMonica Herbst & Maniscalco, LLP, seeking entry of Orders: (a) authorizing the Debtor to continue its cash management system and temporarily maintain and continue to use its existing Bank Account(s), and (b) allowing the Debtor to use cash collateral on an emergency, preliminary basis, in order to avoid irreparable harm to the Debtor, in accordance with the proposed Budget ("Budget") annexed to the cash collateral motion; and upon the Affirmation of Joseph S. Maniscalco, Esq., pursuant to Local Bankruptcy Rule 9077-1(a) ("Affirmation"), in support of the Motions and this Order; and the Court having jurisdiction to consider the Motions; and the relief requested therein being a core proceeding to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having concluded that scheduling a hearing on shortened notice to consider the relief requested in the Motions will be beneficial to the estate and all creditors; and after due deliberation thereon; and good and sufficient cause appearing therefor,

It is **ORDERED,** that:

1. The Hearing concerning the relief requested in the Motions shall be held by videoconference on shortened notice on **November 9, 2026, at 11:30am,** ("Hearing"), before the Honorable James T. Bentley, United States Bankruptcy Judge, United States Bankruptcy Court for

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motions.

the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3554, Brooklyn, New York 11201.

2. Any party intending to appear at the Hearing must register with eCourt Appearances, at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl, at least two (2) business days prior to the Hearing. Parties will receive instructions on how to access the hearing via e-mail two business days before the Hearing. Instructions for registering with eCourt Appearances can be found at: https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. Further information may be found on Judge ~~Giugliano's~~ **Bentley's (JTB)** webpage available at: https://www.nyeb.uscourts.gov/content/judge-james-t-bentley. Parties may appear either in person or through remote participation via video conference.

3. ~~Pending the Hearing and further Order of the Court, the Debtor is authorized to use Cash Collateral in accordance with the Budget annexed to the Motion. The secured lenders, U.S. Small Business Administration ("SBA"); OceanFirst Bank "("OceanFirst"); ReadyCap Lending, LLC ("ReadyCap"), and TD Bank, N.A. ("TD Bank") (SBA, OceanFirst, ReadyCap together with TD Bank shall be collectively referred to as "Lenders") are each granted adequate protection in the form of a replacement lien in all of the post-petition assets of the Debtor, to the extent a validly, perfected prepetition security interest was in effect in favor of the Lenders as of the Filing Date.~~(JTB)

4. ~~Pending the Hearing and further Order of the Court, the Debtor is authorized to: (i) continue using its cash management system; (ii) continue to use cash and pay ordinary customary expenses in accordance with the proposed Budget, and (iii) maintain and continue to use existing bank accounts until such time as a DIP account can be opened as set forth herein.~~(JTB)

5. A copy of this Order and the Motions with all related exhibits shall be served by overnight delivery or electronic mail, to the extent available, on or before **November 6, 2026** upon: (a) the United States Trustee, (b) any party the Debtor believes may assert an interest in any

collateral of the Debtor including the Lenders, (c) any person or entity that has filed a notice of appearance and request for notice in this case, (d) the Debtor's top twenty largest unsecured creditors, and (e) any applicable taxing authorities.

6. Service in accordance with this Order shall be deemed good and sufficient notice of the Hearing and the relief sought in the Motions.

7. Any opposition may be asserted orally at the Hearing.

8. The Debtor shall file an affidavit or certificate of service, evidencing service of this Order, with the Clerk of the United States Bankruptcy Court, Eastern District of New York, by **November 6, 2026.**

**Dated: November 6, 2026**
**Brooklyn, New York**

James T. Bentley
United States Bankruptcy Judge