| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Puerto Plata Seafood Corp. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | 26-45148 |

☑ Check if this is an amended filing

# Official Form 204

## AMENDED Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ancavico<br>201 Crandon Blvd.<br>Tidemark Apt. 533<br>Key Biscayne, FL 33149 | | Vendor | Unliquidated | | | $233,638.57 |
| Aquachile<br>8404 NW 90th Street<br>Suite 800<br>Miami, FL 33166 | | Vendor | Unliquidated | | | $121,089.00 |
| Avion Funding HC, LLC<br>200 Central Avenue<br>Farmingdale, NY 11735 | | MCA | Contingent<br>Unliquidated<br>Disputed | | | $267,678.57 |
| B.S.D. Capital, Inc. d/b/a Lendistry<br>767 S. Alameda Street<br>Suite 340<br>Los Angeles, CA 90021 | | MCA | Contingent<br>Unliquidated<br>Disputed | | | $78,158.42 |
| Blue Sea<br>P.O. Box 10592<br>Palatine, IL 60055-0592 | | Vendor | Unliquidated | | | $93,202.50 |
| Clearfund Solutions<br>99 Wall Street<br>Suite 2613 | | MCA | Contingent<br>Unliquidated<br>Disputed | | | $113,493.19 |
| Cookchile<br>2900 NW 75th Street<br>Miami, FL 33147 | | Vendor | Unliquidated | | | $243,178.00 |
| Dependance Platinum<br>9600 Koger Blvd. N.<br>Suite 236<br>Saint Petersburg, FL 33702 | | MCA | Contingent<br>Unliquidated<br>Disputed | | | $151,422.68 |

Debtor **Puerto Plata Seafood Corp.** Case number *(if known)* **26-45148**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fintoro Capital, LLC<br>2432 W. Peoria Avenue<br>Phoenix, AZ 85029** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$249,999.00** |
| **Itria Ventures, LLC<br>1 Penn Plaza<br>Suite 4915<br>New York, NY 10119** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$311,179.53** |
| **Koryeo<br>55 Amity Street<br>Jersey City, NJ 07304** | | **Vendor** | **Unliquidated** | | | **$99,268.00** |
| **Orange Advance, LLC<br>395 Brentwood Avenue<br>Toms River, NJ 08755** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$78,800.00** |
| **Paypal<br>PO Box 960080<br>Orlando, FL 32896-0080** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$102,447.78** |
| **ReadyCap Lending, LLC<br>200 Connell Drive<br>Suite 4000<br>Berkeley Heights, NJ 07922** | | **Term Loan** | **Unliquidated** | **$452,598.36** | **$0.00** | **$452,598.36** |
| **Regium Funding<br>110 E. Broward Blvd.<br>Suite 1220<br>Fort Lauderdale, FL 33301** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$188,100.00** |
| **Rocket Capital NY, LLC<br>19950 W. Country Club Dr.<br>Suite 901<br>Aventura, FL 33180** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$263,907.36** |
| **Secure Capital LLC<br>243 Tresser Blvd.<br>Stamford, CT 06901** | | **MCA** | **Contingent<br>Unliquidated<br>Disputed** | | | **$206,110.00** |
| **TD Bank, N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 08034** | | **Line of Credit** | **Unliquidated** | **$250,000.00** | **$0.00** | **$250,000.00** |

Debtor **Puerto Plata Seafood Corp.** Case number *(if known)* **26-45148**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Admin<br>2 North Street<br>Suite 320<br>Birmingham, AL 35283 | | EIDL Loan | | $1,097,293.03 | $609,257.12 | $488,035.91 |
| Westbury Fish<br>20 Central Avenue<br>Farmingdale, NY 11735 | | Vendor | Unliquidated | | | $70,127.00 |